UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 25-8859-AH(KSx) | Date | JANUARY 26, 2026 |
|---|---|---|---|

| Title | Luz Zendejas v. Audio Design And Service, Inc. et al |
|---|---|

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On December 18, 2025, the Court issued an order giving the parties time to file their dismissal order by January 16, 2026, in light of the parties settlement. As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]
All pending hearings are hereby vacated.


IT IS SO ORDERED.

cc: all parties